# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MALIK WALLACE, DUANE PARTRIDGE, and ANTHONY ROGERS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MARTEN TRANSPORT, LTD., *et al.*,<br><br>Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO: 2:24-cv-00872-RAJ |

____   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

The Court denies Plaintiffs' Motion to Remand and grants Defendant's Motion to Dismiss. Dkt. ## 24, 23. Plaintiffs' Second Amended Complaint is dismissed with prejudice.

Judgment is entered in favor of Defendant Marten Transport, Ltd., against Plaintiffs Malik Wallace, Duane Partridge, and Anthony Rogers, individually and on behalf of all others similarly situated.

DATED this 13th day of November, 2024.

>RAVI SUBRAMANIAN,
>Clerk of the Court
>
>By:   */s/ Victoria Ericksen*
>        Deputy Clerk